IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| KAMILES CREWS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:07-CV-1404-PWG |
| | ) |
| ARCHIE GARRETT, Warden; | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on August 22, 2008 recommending that the petition for writ of habeas corpus be denied. On September 4, 2008, Petitioner filed objections to the findings and recommendation. On September 10, 2008, Petitioner filed "Additional Objections."

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by Petitioner, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DENIED**. A Final Judgment will be entered.

**DONE** and **ORDERED** this ____17th____ day of September, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE